UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-08089-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GARY DENARD JONES,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on October 30, 2008. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served, to run concurrent with the term of imprisonment imposed in Case No. 93-08010-CR-ZLOCH.**

2. Upon completion of this term of imprisonment, supervision shall be terminated.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 30th day of October 30, 2008.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Ellen L. Cohen
AFPD Samuel J. Smargon
U.S. Marshal Service
U.S. Probation Office